THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMESTOWN ELECTRIC MILLS, INC., Appellant.— Judgment and order reversed, and

new trial granted, with costs to appellant to abide event. Held, that the facts and circumstances offered to be shown, respecting the billing, storing and exposing for sale of the commodity, were improperly excluded. All concurred, except Merrell and De Angelis, JJ., who dissented.